UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Jorge Manuel Gonzalez-Aris,<br><br>　　　　　　　　　Defendant. | Crim. No.2:24-CR-493 (MEF)<br><br>ORDER OF REFERRAL |

Michael E. Farbiarz, U.S.D.J.

The defendant, Jorge Manuel Gonzalez-Aris, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Jose Almonte to administer the allocution pursuant to Fed.R.Crim.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

Dated: 2/27/2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge

CONSENTED TO:

_____
Defendant (signature)

_____
Attorney for Defendant (signature)